IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDIR SINGH and
RANJIT SINGH,

    Plaintiff,                    No. CIV S-12-0659 WBS CKD

    vs.

GERARD HEINAUER, et al.,

    Defendants.                <u>ORDER</u>
_____/

        The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

Dated: March 23, 2012

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

de - singh0659.rec