BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDIR SINGH, et al. ) | No. 2:12-cv-659 WBS GGH |
| ) | |
| Plaintiffs, ) | JOINT STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER RE: EXTENSION OF TIME |
| v. ) | |
| ) | |
| Gerard Heinauer, Director, USCIS Nebraska ) | |
| Service Center, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

This is an immigration case in which plaintiffs challenge the delay in the adjudication of their applications for adjustment of status to that of lawful permanent resident by United States Citizenship and Immigration Services (USCIS). As of the time of this filing, the parties are working toward an administrative resolution to the matter. Accordingly, the parties stipulate to an extension of time, until July 16, 2012, for the government to file its answer to the complaint. As well the parties request that the status conference, currently set for June 25, 2012, be reset until sometime after the new answer date.

-1-

Dated: May 16, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/Anna Louise Benvenue
Anna Louise Benvenue
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's time to file an answer to the complaint, as well as the time for filing the Joint Status Report, is extended to July 16, 2012. The status conference is reset to August 6, 2012 at 2:00 pm.

IT IS SO ORDERED.

DATED: May 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE