BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDIR SINGH, et al. | No. 2:12-cv-659 WBS GGH |
| Plaintiffs, | JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: SECOND EXTENSION OF TIME |
| v. | |
| Gerard Heinauer, Director, USCIS Nebraska Service Center, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiffs challenge the delay in the adjudication of their applications for adjustment of status to that of lawful permanent resident by United States Citizenship and Immigration Services (USCIS). The parties continue to endeavor to resolve the matter at the administrative level. Accordingly, the parties stipulate to a second extension of time, until September 17, 2012, for the government to file its answer to the complaint. As well the parties request that the status conference be reset until sometime after the new answer date.

-1-

Dated: July 5, 2012

                                  BENJAMIN B. WAGNER
                                  United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/Anna Louise Benvenue
        Anna Louise Benvenue
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's time to file an answer to the complaint, as well as the time for filing the Joint Status Report, is extended to September 17, 2012. The status conference is reset to **October 1, 2012 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: July 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE